**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-1858**

—————————

CHERRI ELL PHILLIPS,

        Plaintiff - Appellant,

     v.

WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee Under
Pooling and Servicing Agreement dated as of August 1, 2006
Securitized Asset-Backed Receivables LLC Trust 2206-HE1
Mortgage Pass-Through Certificates, Series 2006-HE1; OCWEN
LOAN SERVICING, LLC; HOMEQ SERVICING,

        Defendants – Appellees,

JEFFREY NADEL, Substitute Trustee; SCOTT NADEL, Substitute
Trustee,

        Trustees - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Senior District
Judge. (1:13-cv-00973-JFM)

—————————

Submitted: November 21, 2013    Decided: November 25, 2013

—————————

Before KING, DUNCAN, and DIAZ, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Cherri Ell Phillips, Appellant Pro Se. Christopher Michele
Corchiarino, Joseph Wolf, GOODELL DEVRIES LEECH & DANN, LLP,

Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cherri Ell Phillips appeals the district court's order granting the motion to dismiss of Ocwen Loan Servicing, LLC, and Wells Fargo Bank and dismissing her complaint against all Defendants as barred by the doctrine of res judicata. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Phillips v. Wells Fargo Bank Nat'l Ass'n, No. 1:13-cv-00973-JFM (D. Md. June 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3